No. 11–1307. IN RE HERRING;

No. 12–175. IN RE PANGHAT;

No. 12–192. IN RE VILLA;

No. 12–5565. IN RE DISMUKES; and

No. 12–5718. IN RE MUTHUKUMAR. Petitions for writs of mandamus denied.

No. 12–5555. IN RE SINQUEFIELD. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

No. 11–1352. CCA ASSOCIATES *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 11–1427. JOHN MEZZALINGUA ASSOCIATES, INC., DBA PPC *v.* INTERNATIONAL TRADE COMMISSION. C. A. Fed. Cir. Certiorari denied.

No. 11–1451. GUATAY CHRISTIAN FELLOWSHIP *v.* SAN DIEGO COUNTY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 11–1532. SCHOLASTIC BOOK CLUBS, INC. *v.* CONNECTICUT COMMISSIONER OF REVENUE SERVICES. Sup. Ct. Conn. Certiorari denied.

No. 11–1544. SARIDAKIS *v.* SOUTH BROWARD HOSPITAL DISTRICT. C. A. 11th Cir. Certiorari denied.

No. 11–9771. PORTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.